Certificate Number: 12433-PAE-DE-037122466

Bankruptcy Case Number: 23-10106



12433-PAE-DE-037122466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2023, at 4:31 o'clock PM EST, Roxanne Francine Myers- Contee completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 20, 2023         By:   /s/Lance Brechbill

                                 Name: Lance Brechbill

                                 Title: Teacher