**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-10106-amc |
| | : | |
| Roxanne Myers | : | Chapter 13 |
| | : | |
| Debtor | : | |

**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S**
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**
**<u>DATED JANUARY 15, 2023</u>**

TO THE HONORABLE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through its counsel, Brad G. Kubisiak, Deputy Attorney General, Office of Attorney General, does hereby object as a party in interest to confirmation of Debtor's Chapter 13 Plan ("Plan") dated January 15, 2023, as follows:

1. On January 26, 2023, the Commonwealth filed a Proof of Claim for unpaid personal income taxes in the amount of $11,427.62, of which $8,195.81 is a secured claim pursuant to 11 U.S.C. § 506(a)(1), $1,005.88 is a priority claim pursuant to 11 U.S.C. § 507(a)(8) and $2,225.93 is a general unsecured claim.

2. The Plan fails to provide for payment of the Commonwealth's secured claim, making the Plan not confirmable pursuant to 11 U.S.C. § 1325(a)(5).

3. The Plan fails to provide for payment of statutory interest at the rate of 7% on the Commonwealth's secured claim in violation of 11 U.S.C. § 1325(a)(5) or for the retention of liens throughout the life of the Plan, and it is therefore not confirmable.

4. While the Plan provides for payment of the Commonwealth's priority claim in the amount of $13,556.72, this amount does not match amounts owed per the Commonwealth's Proof of Claim.  The Plan should be amended to provide for the full amount of the Commonwealth's claims per its Proof of Claim.

5. For the foregoing reasons, the Plan does not comply with the applicable provisions of the Bankruptcy Code and cannot be confirmed under 11 U.S.C. § 1325(a)(1).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests this Honorable Court Deny Confirmation of Debtor's Chapter 13 Plan dated January 15, 2023.

MICHELLE A. HENRY
Attorney General

Date:   March 21, 2023                              By:   _____

BRAD G. KUBISIAK
COMMONWEALTH OF PENNSYLVANIA        Deputy Attorney General
OFFICE OF ATTORNEY GENERAL          Attorney I.D. No. 315714
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133                  MELISSA L. VAN ECK
Fax: (717) 772-4526                 Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov   Financial Enforcement Section

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-10106-amc |
| | : | |
| Roxanne Myers | : | Chapter 13 |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Brad G. Kubisiak, hereby certify that *Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtor's Chapter 13 Plan dated January 15, 2023* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document via email only on the following:

David Offen
The Curtis Center
601 Walnut Street, Ste. 160 West
Philadelphia, PA 19106
(215) 625-9600
Email: dmo160west@gmail.com
*Counsel for Debtor*

Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606
(610) 779-1313
*Chapter 13 Trustee*

MICHELLE A. HENRY
Attorney General

Date:   March 21, 2023          By:   _____

BRAD G. KUBISIAK

COMMONWEALTH OF PENNSYLVANIA          Deputy Attorney General
OFFICE OF ATTORNEY GENERAL          Attorney I.D. No. 315714
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133          MELISSA L. VAN ECK
Fax: (717) 772-4526          Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov          Financial Enforcement Section