UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Roxanne Myers | Bankruptcy No.23-10106-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of April, 2023, by first class mail upon those listed below:

Roxanne Myers
6613 North 4th Street
Philadelphia, PA  19126

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee