IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Roxanne Myers | : | No. 23-10106-amc |

NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM NO. 12
<u>Quantum3 Group LLC as agent for Velocity Investments LLC</u>

    The Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

    <u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney if you have one.

    If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection scheduled to be held before the Honorable Ashely M. Chan on July 19, 2023 at 11:00 A.M. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.  If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to the Claim.

Dated: June 8, 2023

                                         <u>/s/ David M. Offen, Esq.</u>
                                         Suite 160 West, Curtis Center
                                         601 Walnut Street
                                         Philadelphia, PA 19106
                                         215-625-9600