Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 23-10106-AMC

Roxanne Myers  
6613 North 4th Street  
Philadelphia  PA    19126

Petition Filed Date: 01/15/2023  
341 Hearing Date: 02/17/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2023 | $1,325.00 | | 03/07/2023 | $1,325.00 | | 04/06/2023 | $1,325.00 | |
| 05/08/2023 | $1,325.00 | | 06/06/2023 | $1,325.00 | | 07/10/2023 | $1,325.00 | |

**Total Receipts for the Period:  $7,950.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $8,195.81 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,005.88 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $2,225.93 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL »» 002 | Unsecured Creditors | $15,061.00 | $0.00 | $0.00 |
| 5 | EASYPAY/DVRA »» 003 | Unsecured Creditors | $2,399.73 | $0.00 | $0.00 |
| 6 | MONROE & MAIN »» 004 | Unsecured Creditors | $2,658.09 | $0.00 | $0.00 |
| 7 | ASHRO LIFESTYLE »» 005 | Unsecured Creditors | $4,624.30 | $0.00 | $0.00 |
| 8 | MIDNIGHT VELVET »» 006 | Unsecured Creditors | $2,134.54 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $1,786.46 | $0.00 | $0.00 |
| 10 | ALLY FINANCIAL »» 008 | Secured Creditors | $602.84 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA  N.A. »» 009 | Mortgage Arrears | $2,822.36 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $6,536.59 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $1,935.75 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC »» 012 | Unsecured Creditors | $25,180.69 | $0.00 | $0.00 |
| 15 | PNC BANK »» 013 | Mortgage Arrears | $273.39 | $0.00 | $0.00 |

Chapter 13 Case No. 23-10106-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,275.00 | Current Monthly Payment: | $1,410.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,240.00) |
| Paid to Trustee: | $808.25 | Total Plan Base: | $84,175.00 |
| Funds on Hand: | $8,466.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.