```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:                  :    CHAPTER 13
                            :
    Roxanne Myers           :    No. 23-10106-amc
```

ORDER DISALLOWING CLAIM #12 OF
Quantum3 Group LLC as agent for Velocity Investments LLC

AND NOW, this __23rd__ day of __August_____, 2023, it is hereby ORDERED and DECREED that the claim filed by Quantum3 Group LLC as agent for Velocity Investments LLC in the amount of $25,180.69 is hereby DISALLOWED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE