United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-10106-amc

Roxanne Myers                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
--- | --- | ---
Date Rcvd: Sep 20, 2023 | Form ID: 155 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Roxanne Myers, 6613 North 4th Street, Philadelphia, PA 19126-3123 |
| 14751045 | + | Bank of America, N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14748414 | | City of Philadelphia, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14754751 | + | Comm. of PA Dept. of Revenue, c/o Brad G. Kubisiak, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14755039 | + | Commonwealth of Pennsylvania, Dept. of Revenue, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14749123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 23:51:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 00:05:05 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14748410 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 20 2023 23:41:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14758094 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 23:52:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748411 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 00:04:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14748412 | | Email/Text: bankruptcy@sccompanies.com | Sep 20 2023 23:42:00 | Ashro, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14755167 | + | Email/Text: bankruptcy@sccompanies.com | Sep 20 2023 23:42:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14750909 | ^ | MEBN | Sep 20 2023 23:25:31 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14748413 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 23:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14764393 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 23:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14748415 | | Email/Text: operationsclerk@easypayfinance.com | Sep 20 2023 23:41:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14748416 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 20 2023 23:41:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14748418 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 20, 2023 | Form ID: 155 | Total Noticed: 35

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 20 2023 23:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14766916 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2023 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14748419 | + | Email/Text: bankruptcy@sccompanies.com | Sep 20 2023 23:42:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14755168 | + | Email/Text: bankruptcy@sccompanies.com | Sep 20 2023 23:42:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14755137 | + | Email/Text: bankruptcy@sccompanies.com | Sep 20 2023 23:42:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14748420 | + | Email/PDF: cbp@omf.com | Sep 20 2023 23:51:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14748421 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2023 23:41:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14748422 | ^ | MEBN | Sep 20 2023 23:25:34 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14768080 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 23:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14748423 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 23:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14775304 | ^ | MEBN | Sep 20 2023 23:25:32 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14748424 | | Email/Text: bankruptcy1@pffcu.org | Sep 20 2023 23:41:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14768000 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2023 23:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14748798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 00:04:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766934 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2023 23:51:58 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14748430 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 00:36:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14748425 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 23:52:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14748426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 00:05:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14758320 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775492 | *+ | BANK OF AMERICA, N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14748417 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14751518 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Roxanne Myers dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Roxanne Myers

            Debtor(s)                                      Chapter: 13

                                                        Bankruptcy No: 23−10106−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Ashely M. Chan
                                               Judge, United States Bankruptcy Court