# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Roxanne Myers<br><br>Debtor(s) | Case No.: 23-10106 AMC<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 6613 North 4th Street, Philadelphia, PA 19126 and identified by account number *******4891.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  November 14, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Roxanne Myers<br><br>Debtor(s) | Case No.: 23-10106 AMC<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 14, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| Scott F. Waterman<br>2901 St. Lawrence Avenue, Suite 100<br>Reading PA  19606<br>info@ReadingCh13.com<br>Trustee | David M. Offen, Esquire<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia PA  19106<br>dmo160west@gmail.com<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

Roxanne Myers
6613 North 4th Street
Philadelphia PA  19126
Debtor


Dated:  November 14, 2023                                POWERS KIRN, LLC

                                                                           By:  /s/ Jill Manuel-Coughlin_____
                                                                           Jill Manuel-Coughlin, Esq.; Atty ID #63252
                                                                           Harry B. Reese, Esq.; Atty ID #310501
                                                                           Karina Velter, Esq.; Atty ID #94781
                                                                           8 Neshaminy Interplex, Suite 215
                                                                           Trevose, PA  19053
                                                                           Phone: 215-942-2090; Fax 215-942-8661
                                                                           Email: bankruptcy@powerskirn.com
                                                                           Attorneys for Creditor/Movant