| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10106-AMC**

Roxanne Myers  
6613 North 4th Street  
Philadelphia  PA    19126

Petition Filed Date: 01/15/2023  
341 Hearing Date: 02/17/2023  
Confirmation Date: 09/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $1,325.00 | | 09/07/2023 | $1,325.00 | | 10/10/2023 | $1,410.00 | |
| 11/06/2023 | $1,410.00 | | 12/07/2023 | $1,410.00 | | 01/09/2024 | $1,410.00 | |
| 02/06/2024 | $1,410.00 | | 03/07/2024 | $1,410.00 | | 04/08/2024 | $1,410.00 | |
| 05/07/2024 | $1,410.00 | | 06/07/2024 | $1,410.00 | | 07/09/2024 | $1,410.00 | |

**Total Receipts for the Period: $16,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,110.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,869.00 | $5,869.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $9,010.53 | $5,128.21 | $3,882.32 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,005.88 | $1,005.88 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $2,225.93 | $0.00 | $2,225.93 |
| 4 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $15,061.00 | $0.00 | $15,061.00 |
| 5 | EASYPAY/DVRA »» 003 | Unsecured Creditors | $2,399.73 | $0.00 | $2,399.73 |
| 6 | MONROE & MAIN »» 004 | Unsecured Creditors | $2,658.09 | $0.00 | $2,658.09 |
| 7 | ASHRO LIFESTYLE »» 005 | Unsecured Creditors | $4,624.30 | $0.00 | $4,624.30 |
| 8 | MIDNIGHT VELVET »» 006 | Unsecured Creditors | $2,134.54 | $0.00 | $2,134.54 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $1,786.46 | $0.00 | $1,786.46 |
| 10 | ALLY BANK aka ALLY FINANCIAL »» 008 | Secured Creditors | $17,336.02 | $9,866.52 | $7,469.50 |
| 11 | BANK OF AMERICA  N.A. »» 009 | Mortgage Arrears | $2,822.36 | $1,606.33 | $1,216.03 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $6,536.59 | $0.00 | $6,536.59 |
| 13 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $1,935.75 | $0.00 | $1,935.75 |
| 14 | QUANTUM3 GROUP LLC »» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | PNC BANK »» 013 | Mortgage Arrears | $273.39 | $143.80 | $129.59 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,110.00 | Current Monthly Payment: | $1,410.00 |
| Paid to Claims: | $23,619.74 | Arrearages: | $255.00 |
| Paid to Trustee: | $2,478.49 | Total Plan Base: | $84,175.00 |
| Funds on Hand: | $11.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.