Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-10106-AMC**

Roxanne Myers  
6613 North 4th Street  
Philadelphia  PA    19126

Petition Filed Date: 01/15/2023  
341 Hearing Date: 02/17/2023  
Confirmation Date: 09/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $1,410.00 | | 09/10/2024 | $1,410.00 | | 10/07/2024 | $1,410.00 | |
| 11/07/2024 | $1,410.00 | | 12/09/2024 | $1,410.00 | | 01/08/2025 | $1,410.00 | |
| 02/07/2025 | $1,410.00 | | 03/07/2025 | $1,410.00 | | 04/07/2025 | $1,410.00 | |
| 05/07/2025 | $1,410.00 | | 06/09/2025 | $1,410.00 | | 07/08/2025 | $1,410.00 | |

**Total Receipts for the Period: $16,920.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $43,030.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,869.00 | $5,869.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $9,010.53 | $9,010.53 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,005.88 | $1,005.88 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $2,225.93 | $166.49 | $2,059.44 |
| 4 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $15,061.00 | $1,126.52 | $13,934.48 |
| 5 | EASYPAY FINANCE »» 003 | Unsecured Creditors | $2,399.73 | $179.49 | $2,220.24 |
| 6 | MONROE & MAIN »» 004 | Unsecured Creditors | $2,658.09 | $198.82 | $2,459.27 |
| 7 | ASHRO LIFESTYLE »» 005 | Unsecured Creditors | $4,624.30 | $345.89 | $4,278.41 |
| 8 | MIDNIGHT VELVET »» 006 | Unsecured Creditors | $2,134.54 | $159.67 | $1,974.87 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $1,786.46 | $133.62 | $1,652.84 |
| 10 | ALLY FINANCIAL INC aka ALLY BANK »» 008 | Secured Creditors | $17,336.02 | $17,336.02 | $0.00 |
| 11 | BANK OF AMERICA  N.A. »» 009 | Mortgage Arrears | $2,822.36 | $2,822.36 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $6,536.59 | $488.92 | $6,047.67 |
| 13 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $1,935.75 | $144.80 | $1,790.95 |
| 14 | QUANTUM3 GROUP LLC »» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | PNC BANK »» 013 | Mortgage Arrears | $273.39 | $273.39 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,030.00 | Current Monthly Payment: | $1,410.00 |
| Paid to Claims: | $39,261.40 | Arrearages: | $255.00 |
| Paid to Trustee: | $3,768.60 | Total Plan Base: | $84,175.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.