Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Roxanne Myers
6613 North 4th Street
Philadelphia, PA 19126

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10106-AMC**

Petition Filed Date: 01/15/2023
341 Hearing Date: 02/17/2023
Confirmation Date: 09/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $1,410.00 | | 09/09/2025 | $1,410.00 | | 10/07/2025 | $1,410.00 | |
| 11/07/2025 | $1,410.00 | | 12/08/2025 | $1,410.00 | | 01/08/2026 | $1,410.00 | |
| 02/09/2026 | $1,410.00 | | 03/09/2026 | $1,410.00 | | 04/07/2026 | $1,410.00 | |
| 05/11/2026 | $1,410.00 | | 06/08/2026 | $1,410.00 | | 07/07/2026 | $1,410.00 | |

**Total Receipts for the Period: $16,920.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $59,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,869.00 | $5,869.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $9,010.53 | $9,010.53 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,005.88 | $1,005.88 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $2,225.93 | $1,051.40 | $1,174.53 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 002 | Unsecured Creditors | $15,061.00 | $7,113.93 | $7,947.07 |
| 5 | EASYPAY FINANCE obo DUVERA<br>»» 003 | Unsecured Creditors | $2,399.73 | $1,133.46 | $1,266.27 |
| 6 | MONROE & MAIN<br>»» 004 | Unsecured Creditors | $2,658.09 | $1,255.51 | $1,402.58 |
| 7 | ASHRO LIFESTYLE<br>»» 005 | Unsecured Creditors | $4,624.30 | $2,184.23 | $2,440.07 |
| 8 | MIDNIGHT VELVET<br>»» 006 | Unsecured Creditors | $2,134.54 | $1,008.22 | $1,126.32 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $1,786.46 | $843.82 | $942.64 |
| 10 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 008 | Secured Creditors | $17,336.02 | $17,336.02 | $0.00 |
| 11 | BANK OF AMERICA N.A.<br>»» 009 | Mortgage Arrears | $2,822.36 | $2,822.36 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $6,536.59 | $3,087.51 | $3,449.08 |

**Chapter 13 Case No. 23-10106-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SYNCHRONY BANK<br>»» 011 | Unsecured Creditors | $1,935.75 | $914.33 | $1,021.42 |
| 14 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK<br>»» 013 | Mortgage Arrears | $273.39 | $273.39 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,950.00 | Current Monthly Payment: | $1,410.00 |
| Paid to Claims: | $54,909.59 | Arrearages: | $255.00 |
| Paid to Trustee: | $5,040.39 | Total Plan Base: | $84,175.00 |
| Funds on Hand: | $0.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.